In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00169-CV**
_____

**SUNOCO PARTNERS MARKETING AND TERMINALS, L.P., Appellant**

**V.**

**DISCUS ENGINEERED PRODUCTS, LLC, Appellee**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-200,629**

**MEMORANDUM OPINION**

Sunoco Partners Marketing and Terminals, L.P., Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 9, 2022
Opinion Delivered November 10, 2022

Before Golemon, C.J., Horton and Johnson, JJ.